**Brian K. COOPER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 68697.**

Missouri Court of Appeals,
Western District.

Oct. 14, 2008.

Laura G. Martin, Kansas City, MO, for appellant.

Daniel N. McPherson, Jefferson City, MO, for respondent.

Before JAMES M. SMART, JR., P.J., LISA WHITE HARDWICK, and JAMES EDWARD WELSH, JJ.

**ORDER**

PER CURIAM:

Brian Cooper appeals the circuit court's judgment denying his Rule 24.035 motion

for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).